No. 10-8249. William M. Skanes, Jr., Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections, et al.

562 U.S. 1259, 131 S. Ct. 1576, 179 L. Ed. 2d 480, 2011 U.S. LEXIS 1760.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-8269. William L. Davenport, Petitioner v. David Frazier, Warden.

562 U.S. 1259, 131 S. Ct. 1576, 179 L. Ed. 2d 480, 2011 U.S. LEXIS 1733, ■

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-8309. John Orville Study, Petitioner v. United States, et al.

562 U.S. 1260, 131 S. Ct. 1577, 179 L. Ed. 2d 480, 2011 U.S. LEXIS 1840, ■

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-8333. Marsha Chambers, Petitioner v. Justice of the Peace Court, Precinct One.

562 U.S. 1260, 131 S. Ct. 1577, 179 L. Ed. 2d 480, 2011 U.S. LEXIS 1794, ■

February 28, 2011. Petition for writ of certiorari to the Supreme Court of Texas denied.

No. 10-8386. Ronnie Moore, Petitioner v. Keith Anglin, Warden.

562 U.S. 1260, 131 S. Ct. 1577, 179 L. Ed. 2d 480, 2011 U.S. LEXIS 1868.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 10-8390. Timothy Sneed, Petitioner v. Florida.

562 U.S. 1260, 131 S. Ct. 1577, 179 L. Ed. 2d 480, 2011 U.S. LEXIS 1830.

February 28, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Third District, denied.

Same case below, 46 So. 3d 1012.

No. 10-8404. Ray Nelson, Sr., Petitioner v. Donald Jackson, Warden.

562 U.S. 1260, 131 S. Ct. 1577, 179 L. Ed. 2d 480, 2011 U.S. LEXIS 1789, ■

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-8424. Heath Wilkins, Petitioner v. Steve Long, et al.

562 U.S. 1260, 131 S. Ct. 1578, 179 L. Ed. 2d 480, 2011 U.S. LEXIS 1783.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.